Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 18−27333−MBK
        Chapter: 13
        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Atanael Lopez                                Ciejea Y. Lopez
   aka Atanael Lopez−Gomez             508 Crestwood St
   508 Crestwood St                      Piscataway, NJ 08854−6505
   Piscataway, NJ 08854−6505

Social Security No.:
   xxx−xx−3573                                 xxx−xx−2571

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
**Pursuant to Fed. R. Bankr. P. 9022**

    Please be advised that on October 3, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 18 − 15
Order Granting Notice of Request for Loss Mitigation(Related Doc # 15). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 10/3/2018. (kmf)

    Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: October 3, 2018
JAN: kmf

                                                                       Jeanne Naughton
                                                                       Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Atanael Lopez  
Ciejea Y. Lopez  
    Debtors

Case No. 18-27333-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 1        Date Rcvd: Oct 03, 2018  
                            Form ID: orderntc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2018.  
lm          Vanderbilt Mortgage & Finance, Inc.,   P.O. Box 9800,   Maryville, TN 37802-9800

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2018                                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2018 at the address(es) listed below:  
          Albert Russo   docs@russotrustee.com  
          Denise E. Carlon   on behalf of Loss Mitigation   Vanderbilt Mortgage & Finance, Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Denise E. Carlon   on behalf of Creditor   Vanderbilt Mortgage and Finance, Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Frederick J. Simon   on behalf of Debtor Atanael Lopez simonmonahan216@gmail.com  
          Frederick J. Simon   on behalf of Joint Debtor Ciejea Y. Lopez simonmonahan216@gmail.com  
          Rebecca Ann Solarz   on behalf of Creditor   Vanderbilt Mortgage and Finance, Inc. rsolarz@kmllawgroup.com  
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                        TOTAL: 7