Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                            Case No.: 18−27333−MBK
                            Chapter: 13
                            Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Atanael Lopez                                          Ciejea Y. Lopez
   aka Atanael Lopez−Gomez                  508 Crestwood St
   508 Crestwood St                             Piscataway, NJ 08854−6505
   Piscataway, NJ 08854−6505

Social Security No.:
   xxx−xx−3573                                        xxx−xx−2571

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                 3/26/19
Time:               10:00 AM
Location:          Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: February 28, 2019
JAN: mrg

                                                           Jeanne Naughton
                                                           Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-27333-MBK
Atanael Lopez                                                             Chapter 13
Ciejea Y. Lopez
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 1              Date Rcvd: Feb 28, 2019
                              Form ID: 132           Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 02, 2019.
db/jdb          Atanael Lopez,    Ciejea Y. Lopez,    508 Crestwood St,    Piscataway, NJ   08854-6505
517729109       KML Law Group, P.C.,    216 Haddon Ave Ste 406,    Westmont, NJ   08108-2812
517729110       Vanderbilt Mortgage & Finance,    PO Box 9800,    Maryville, TN   37802-9800
517729111       Wells Fargo Auto Finance,    P.O. Box 29704,    Phoenix, AZ   85038-9704

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 01 2019 00:20:12     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 01 2019 00:20:10     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr              E-mail/Text: ally@ebn.phinsolutions.com Mar 01 2019 00:19:21     Ally Capital,
                 serviced by Ally Servicing LLC,    PO Box 130424,   Roseville, MN   55113-0004
517753786       E-mail/Text: ally@ebn.phinsolutions.com Mar 01 2019 00:19:21     Ally Capital,    PO Box 130424,
                 Roseville MN 55113-0004
517729108       E-mail/Text: cio.bncmail@irs.gov Mar 01 2019 00:19:39     Internal Revenue Service,
                 P.O. Box 9052,    Andover, MA   01810-9052
517731041      +E-mail/PDF: gecsedi@recoverycorp.com Mar 01 2019 00:24:11     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 6

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*             Vanderbilt Mortgage & Finance, Inc.,    P.O. Box 9800,    Maryville, TN   37802-9800
517742859*     +Vanderbilt Mortgage and Finance, Inc.,    PO Box 9800,    Maryville, TN   37802-9800
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2019                                    Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 28, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   Vanderbilt Mortgage and Finance, Inc.
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Loss Mitigation   Vanderbilt Mortgage & Finance, Inc.
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Frederick J. Simon    on behalf of Joint Debtor Ciejea Y. Lopez simonmonahan216@gmail.com
              Frederick J. Simon    on behalf of Debtor Atanael  Lopez simonmonahan216@gmail.com
              John R. Morton, Jr.    on behalf of Creditor   Ally Capital ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor   Vanderbilt Mortgage and Finance, Inc.
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8