Form 186 – ntc13plnprior

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  18–27333–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Atanael Lopez
aka Atanael Lopez–Gomez
508 Crestwood St
Piscataway, NJ 08854–6505

Ciejea Y. Lopez
508 Crestwood St
Piscataway, NJ 08854–6505

Social Security No.:
xxx–xx–3573

xxx–xx–2571

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on August 29, 2018 and a confirmation hearing on such Plan has been scheduled for March 26, 2019.

The debtor filed a Modified Plan on February 28, 2019 and a confirmation hearing on the Modified Plan is scheduled for April 9, 2019 @ 10:00am. Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3.    The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

A full copy of the modified Plan will follow this notice.

Dated: March 4, 2019
JAN: pbf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-27333-MBK
Atanael Lopez                                                             Chapter 13
Ciejea Y. Lopez
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 1              Date Rcvd: Mar 04, 2019
                               Form ID: 186             Total Noticed: 10


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 06, 2019.
db/jdb          Atanael Lopez,   Ciejea Y. Lopez,   508 Crestwood St,   Piscataway, NJ  08854-6505
517729109       KML Law Group, P.C.,   216 Haddon Ave Ste 406,   Westmont, NJ  08108-2812
517729110       Vanderbilt Mortgage & Finance,   PO Box 9800,   Maryville, TN  37802-9800
517729111       Wells Fargo Auto Finance,   P.O. Box 29704,   Phoenix, AZ  85038-9704

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 05 2019 00:01:57     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 05 2019 00:01:52     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
cr              E-mail/Text: ally@ebn.phinsolutions.com Mar 05 2019 00:00:55     Ally Capital,
                serviced by Ally Servicing LLC,   PO Box 130424,   Roseville, MN  55113-0004
517753786       E-mail/Text: ally@ebn.phinsolutions.com Mar 05 2019 00:00:55     Ally Capital,   PO Box 130424,
                Roseville MN 55113-0004
517729108       E-mail/Text: cio.bncmail@irs.gov Mar 05 2019 00:01:18     Internal Revenue Service,
                P.O. Box 9052,   Andover, MA  01810-9052
517731041      +E-mail/PDF: gecsedi@recoverycorp.com Mar 05 2019 00:10:19     Synchrony Bank,
                c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                         TOTAL: 6


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*             Vanderbilt Mortgage & Finance, Inc.,   P.O. Box 9800,   Maryville, TN  37802-9800
517742859*     +Vanderbilt Mortgage and Finance, Inc.,   PO Box 9800,   Maryville, TN 37802-9800
                                                                        TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2019                              Signature:  /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 4, 2019 at the address(es) listed below:
          Albert  Russo   docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor   Vanderbilt Mortgage and Finance, Inc.
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Loss Mitigation   Vanderbilt Mortgage & Finance, Inc.
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Frederick J. Simon    on behalf of Joint Debtor Ciejea Y. Lopez simonmonahan216@gmail.com
          Frederick J. Simon    on behalf of Debtor Atanael  Lopez simonmonahan216@gmail.com
          John R. Morton, Jr.    on behalf of Creditor   Ally Capital ecfmail@mortoncraig.com,
           mortoncraigecf@gmail.com
          Rebecca Ann Solarz    on behalf of Creditor   Vanderbilt Mortgage and Finance, Inc.
           rsolarz@kmllawgroup.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 8