Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−27333−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Atanael Lopez
aka Atanael Lopez−Gomez
508 Crestwood St
Piscataway, NJ 08854−6505

Ciejea Y. Lopez
508 Crestwood St
Piscataway, NJ 08854−6505

Social Security No.:
xxx−xx−3573                                                xxx−xx−2571

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on September 18, 2019.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 19, 2019
JAN: wir

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 18-27333-MBK
Atanael Lopez                                                          Chapter 13
Ciejea Y. Lopez
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin           Page 1 of 1           Date Rcvd: Sep 19, 2019
                            Form ID: 148          Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 21, 2019.
db/jdb          Atanael Lopez,    Ciejea Y. Lopez,    508 Crestwood St,    Piscataway, NJ   08854-6505
517729109       KML Law Group, P.C.,    216 Haddon Ave Ste 406,    Westmont, NJ   08108-2812
518238687      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,    Division of Taxation,   PO BOX 245-Bankruptcy,
                  Trenton, NJ 08695-0272)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 19 2019 23:49:24    U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 19 2019 23:49:21    United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr              EDI: GMACFS.COM Sep 20 2019 03:33:00    Ally Capital,   serviced by Ally Servicing LLC,
                 PO Box 130424,   Roseville, MN   55113-0004
517753786       EDI: GMACFS.COM Sep 20 2019 03:33:00    Ally Capital,   PO Box 130424,
                 Roseville MN 55113-0004
517729108       EDI: IRS.COM Sep 20 2019 03:33:00    Internal Revenue Service,   P.O. Box 9052,
                 Andover, MA   01810-9052
517731041      +EDI: RMSC.COM Sep 20 2019 03:33:00    Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
517729110       EDI: VAND.COM Sep 20 2019 03:33:00    Vanderbilt Mortgage & Finance,   PO Box 9800,
                 Maryville, TN 37802-9800
517729111       EDI: WFFC.COM Sep 20 2019 03:33:00    Wells Fargo Auto Finance,   P.O. Box 29704,
                 Phoenix, AZ   85038-9704
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*             Vanderbilt Mortgage & Finance, Inc.,    P.O. Box 9800,   Maryville, TN 37802-9800
517742859*     +Vanderbilt Mortgage and Finance, Inc.,    PO Box 9800,   Maryville, TN 37802-9800
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 19, 2019 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   Vanderbilt Mortgage and Finance, Inc.
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Loss Mitigation   Vanderbilt Mortgage & Finance, Inc.
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Frederick J. Simon    on behalf of Joint Debtor Ciejea Y. Lopez simonmonahan216@gmail.com
              Frederick J. Simon    on behalf of Debtor Atanael Lopez simonmonahan216@gmail.com
              John R. Morton, Jr.    on behalf of Creditor   Ally Capital ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor   Vanderbilt Mortgage and Finance, Inc.
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 9