Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                            Case No.:  18−27333−MBK
                            Chapter:  13
                            Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Atanael Lopez
aka Atanael Lopez−Gomez
508 Crestwood St
Piscataway, NJ 08854−6505

Ciejea Y. Lopez
508 Crestwood St
Piscataway, NJ 08854−6505

Social Security No.:
  xxx−xx−3573                                    xxx−xx−2571

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>April 14, 2020</u>                <u>Michael B. Kaplan</u>
                                        Judge, United States Bankruptcy Court